IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONRAD LEE VARGAS,

    Plaintiff,

  v.

Case No. 16-cv-565

ROBERT MANN, BARRY CLARK,
JAY MINSHALL, LARRY BONNER,
LIZZIE TEGELS, JODI DOUGHERTY,
CHRISTOPHER BUESGEN, CHARLES
FACKTOR AND CINDY O'DONNELL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 1/23/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |